700 A.2d 1261

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Ernest S. HENDRICKSON, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 29, 1997.

***ORDER***

PER CURIAM:

AND NOW, this 29th day of September, 1997, the Petition for Allowance of Appeal is hereby **GRANTED, BUT LIMITED** to Issue I of the Petition for Allowance of Appeal.